UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Eva Marisol Duncan

vs.                                                   Case No.: 5:14-cv-00912-FB

JPMorgan Chase Bank, N.A.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Noah A. Levine, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent JPMorgan Chase Bank, N.A. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Wilmer Cutler Pickering Hale and Dorr LLC. with offices at:

    Mailing address: 250 Greenwich Street
    City, State, Zip Code: New York, NY 10007
    Telephone: 212-230-8875    Facsimile: 212-230-8888

2. Since May 2005, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 670859.

3. Applicant has been admitted to practice before the following courts:

    Court:                          Admission date:
    Please see attached list

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael B. Goldberg

Mailing address: 300 Convent, Suite 1250

City, State, Zip Code: San Antonio, Texas 78205

Telephone: 210-503-8300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Noah A. Levine to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Noah A. Levine
[printed name of Applicant]

*/signed/ Noah A. L.*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 8th day of December, 2014.

Noah A. Levine
[printed name of Applicant]

*/signed/ Noah A. L.*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

Eva Marisol Duncan

vs.

JPMorgan Chase Bank, N.A.

Case No.: 5:14-cv-00912-FB

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Noah A. Levine, counsel for JPMorgan Chase Bank, N.A., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Noah A. Levine may appear on behalf of JPMorgan Chase Bank, N.A. in the above case.

IT IS FURTHER ORDERED that Noah A. Levine, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

## Noah Adam Levine, Esq.
## Bar Admissions

| TYPE | Court | Admission Date | Status | Good Standing | Bar Number |
|---|---|---|---|---|---|
| Federal | Supreme Court of the United States | 3/05 | Active | Yes | n/a |
| State | New York | 5/05 | Active | Yes | 670859 |
| State | Washington | 6/01 | Voluntarily opted inactive status in 2006 | Yes | 31275 |
| Federal | U.S. Court of Appeals for the Federal Circuit | 2001 | Active | Yes | n/a |
| Federal | U.S. Court of Appeals for the 2nd Circuit | 4/11 | Active | Yes | n/a |
| Federal | U.S. Court of Appeals for the 5th Circuit | 10/15/2013 | Active | Yes | n/a |
| Federal | U.S. Court of Appeals for the 6th Circuit | 7/11 | Active | Yes | n/a |
| Federal | U.S. Court of Appeals for the 7th Circuit | 2/08 | Active | Yes | n/a |
| Federal | U.S. Court of Appeals for the 8th Circuit | 8/04 | Active | Yes | n/a |
| Federal | U.S. Court of Appeals for the 9th Circuit | 2002 | Active | Yes | n/a |
| Federal | U.S. Court of Appeals for the District of Columbia Circuit | 10/31/2013 | Active | Yes | n/a |
| Federal | U.S. District Court for the Southern District of New York | 9/05 | Active | Yes | NL0912 |
| Federal | U.S. District Court for the Eastern District of New York | 3/08 | Active | Yes | NL8115 |
| Federal | U.S. District Court for the Western District of Washington | 8/01 | Active | Yes | n/a |
| Federal | U.S. District Court for the Eastern District of Wisconsin | 3/06 | Active | Yes | n/a |