IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § § | |
| Plaintiff, | § § | |
| V. | § § | CASE NO. 5:14-CV-00912-FB |
| JPMORGAN CHASE BANK, N.A., | § § § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE OF CO-COUNSEL
FOR PLAINTIFF AND REQUEST FOR NOTICE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Now comes H. Anthony Hervol, an attorney who has been admitted to practice before this Court, who hereby gives his notice of appearance in this case as co-counsel for Plaintiff, Eva Marisol Duncan. Mr. Hervol requests that he receive notices of all meetings, hearings, motions, applications, pleadings, complaints, memoranda, briefs or trials which are brought before the Court in this case. Notices should be sent to the address set forth below.

Respectfully submitted,

LAW OFFICE OF H. ANTHONY HERVOL
4414 Centerview Dr., Ste. 200
San Antonio, Texas 78228
(210) 522-9500 Telephone
(210) 522-0205 Facsimile
hervol@sbcglobal.net

BY: */s/ H. Anthony Hervol*
     H. ANTHONY HERVOL
     State Bar No. 00784264

     CO-COUNSEL FOR PLAINTIFF,
     MARISOL DUNCAN

Case 5:14-cv-00912-FB   Document 9   Filed 01/08/15   Page 2 of 2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this __8th__ day of January, 2015, a true and correct copy of the above and foregoing Notice has been served electronically via the Court's CM/ECF filing system to the following parties:

| | |
|---|---|
| Charles Darby Riley<br>Charles Anthony Riley<br>Riley & Riley, Attorneys at Law<br>320 Lexington Ave.<br>San Antonio, Texas 78215<br>charlesriley@rileylawfirm.com<br>darbyriley@rileylawfirm.com<br>*Counsel for Plaintiffs* | Noah A. Levine<br>Wilmer Cutler Pickering Hale and Dorr, LLC<br>250 Greenwich Street<br>New York, NY 10007<br>noah.levine@wilmerhale.com<br>*Counsel for Defendant*<br><br>Michael B. Goldberg<br>Parker Ibrahim & Berg, LLC<br>Bank of America Plaza<br>300 Convent Street, Ste. 1250<br>San Antonio, Texas 78205<br>michael.goldberg@piblaw.com<br>*Counsel for Defendant* |

                        */s/ H. Anthony Hervol*
                        H. Anthony Hervol