```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION

EVA MARISOL DUNCAN,              *
                                 *
         Plaintiff,              *
                                 *
    v.                           *   CIV. NO. SA-14-CA-912-FB
                                 *
JP MORGAN CHASE BANK, N.A.,      *
                                 *
         Defendant.              *
```

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **March 16, 2015.** REGARDLESS OF WHETHER THE PARTIES CONCLUDE THAT ADR IS APPROPRIATE OR NOT, THE PARTIES SHALL INCLUDE THE NAME, ADDRESS AND TELEPHONE NUMBER OF A COURT-APPROVED MEDIATOR OR A MEDIATOR AGREED UPON BY BOTH PARTIES IN THEIR ADR REPORT. A list of court-approved neutrals and alternative dispute resolution summary form may be obtained at http://www.txwd.uscourts.gov/forms/mediator.asp. If you do not have access to the internet, you may call the United States District Clerk's office as (210) 472-6550 to obtain a copy.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **March 16, 2015,** and each opposing party shall respond, in writing, by **March 30, 2015.**

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **April 15, 2015.**

4. All parties asserting claims for relief shall FILE their designation of testifying experts SERVE on all parties, but not file, the materials required by FED.R.CIV.P. 26(a)(2)(B) by **September 22, 2015.** Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by FED. R.CIV.P. 26(a)(2)(B) by **November 4, 2015.** All designations of rebuttal experts shall be FILED, and the materials required by

FED.R.CIV.P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **August 17, 2015.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. Plaintiff shall file her Motion for Class Certification no later than **December 4, 2015.** Defendant shall file its Opposition to Class Certification no later than **January 11, 2016.** Plaintiff shall file her Reply no later than **January 25, 2016.**

8. All dispositive motions shall be filed no later than **April 19, 2016.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

9. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

It is so **ORDERED.**

**SIGNED** April 3, 2015.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE