IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 5:14-CV-00912-FB |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## JOINT ADR REPORT

**TO THE HONORABLE FRED BIERY, CHIEF UNITED STATES DISTRICT JUDGE:**

Come now, Eva Marisol Duncan, Plaintiff herein, by and through her counsel of record, and JPMorgan Chase Bank, N.A. ("Chase"), Defendant herein, by and through its counsel of record, who file pursuant to Local Rule CV-88, this Joint ADR Report, and would respectfully advise the Court of the following:

1. The parties have had general settlement discussions and exchanged the written settlement offer required by the Scheduling Order entered herein. The parties believe that ADR is appropriate for this case in the form of submitting the dispute to non-binding mediation. The parties have conferred and agreed to submit the matter to mediation with the following mediator:

> Hon. Edward A. Infante (Ret.)
> JAMS
> Two Embarcadero Center
> Suite 1500
> San Francisco, CA 94111
> 415-982-5267 Phone
> 415-982-5287 Fax
> einfante@jamsadr.com

2. The parties have agreed to split the costs of mediation.

    3        The identities of the persons responsible for settlement negotiations for the parties in this case are as follows:

        a.        For Plaintiff – Eva Marisol Duncan, Plaintiff, and counsel Charles A. Riley and H. Anthony Hervol.

        b.        For Defendant – Robert Bailey, Andrew Musicus, and John Song, on behalf of JPMorgan Chase Bank, N.A., and counsel Noah A. Levine and Alan E. Schoenfeld.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant hereby submit the report required by Local Rule CV-88.

Dated: April 15, 2015

RILEY & RILEY

__/s/ Charles Riley_____
Charles Riley
Darby Riley
320 Lexington Avenue
San Antonio, Texas 78215
charlesriley@rileylawfirm.com

and

H. Anthony Hervol
LAW OFFICE OF H. ANTHONY HERVOL
4414 Centerview Drive, Suite 200
San Antonio, Texas 78228
hervol@sbcglobal.net

*Attorneys for plaintiff Eva Marisol Duncan*

Respectfully submitted.

WILMER CUTLER PICKER HALE AND DORR LLP

 */s/ Noah A. Levine*
Noah A. Levine (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich St.
New York, New York 10007
noah.levine@wilmerhale.com

and

Michael Goldberg
PARKER IBRAHIM & BERG LLC
300 Convent Street, Suite 1250
San Antonio, Texas 78205
michael.goldberg@piblaw.com

*Attorneys for defendant JPMorgan Chase Bank, N.A.*