FILED

APR 22 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EVA MARISOL DUNCAN, | * |
| Plaintiff, | * |
| v. | * CIV. NO. SA-14-CA-912-FB |
| JP MORGAN CHASE BANK, N.A., | * |
| Defendant. | * |

**ORDER APPROVING AGREED MOTION TO STAY
SCHEDULING ORDER DEADLINES PENDING MEDIATION**

On this date came on for consideration, the Agreed Motion to Stay Scheduling Order Deadlines Pending Mediation filed by Eva Marisol Duncan, Plaintiff herein, and JPMorgan Chase Bank, N.A. ("Chase"), Defendant herein. (Docket no. 15). After considering the Motion, the Court finds that the relief sought therein should be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the unexpired deadlines set forth in the Scheduling Order entered on April 3, 2015 (docket no. 13), are hereby stayed until June 22, 2015, to allow the parties an opportunity to mediate the disputes in this case.

**IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED** that in the event the parties reach a settlement, they shall promptly notify the Court of the same by filing an Advisory to the Court. However, in the event the parties do not reach a settlement, the parties

shall submit a Motion for Leave to File a Revised Scheduling Order to the Court for consideration on or before June 22, 2015.

It is so **ORDERED**.

**SIGNED** April 23, 2015.

*[signature]*

JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE