IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 5:14-CV-00912-FB-JWP |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## JOINT ADVISORY TO THE COURT REGARDING SETTLEMENT

**TO THE HONORABLE JOHN W. PRIMOMO, UNITED STATES MAGISTRATE JUDGE:**

Come now, Eva Marisol Duncan, Plaintiff herein, by and through her counsel of record, and JPMorgan Chase Bank, N.A. ("Chase"), Defendant herein, by and through its counsel of record (collectively, the "Parties"), who respectfully advise the Court as follows:

1. Pursuant to the Scheduling Order entered in this case (Dckt. #13), the parties conferred and agreed to mediate this matter before the Hon. Edward A. Infante (Ret.) with JAMS.

2. On April 22, 2012, this Court granted the parties' Agreed Motion to Stay Scheduling Order Deadlines Pending Mediation, and stayed the Scheduling Order deadlines through June 22, 2015. (Dckt. #16.)

3. On June 8, 2015, the parties and their counsel conducted a full-day mediation with Judge Infante, and reached a settlement in principle on a class basis. Once the parties have completed the written agreement and prepared the related approval papers, the parties will present the settlement to the Court for preliminary and final approval. A separate Motion to Vacate the Scheduling Order deadlines will be filed in light of the pending settlement.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant hereby advise the Court of the settlement of this case.

ActiveUS 146058846v.1

Dated: June 22, 2015

Respectfully submitted,

| | |
|---|---|
| RILEY & RILEY | WILMER CUTLER PICKER HALE AND DORR LLP |
| __/s/ Charles Riley_____ | _/s/ Noah A. Levine_____ |
| Charles Riley | Noah A. Levine (admitted *pro hac vice*) |
| Darby Riley | 7 World Trade Center |
| 320 Lexington Avenue | 250 Greenwich St. |
| San Antonio, Texas 78215 | New York, New York 10007 |
| charlesriley@rileylawfirm.com | noah.levine@wilmerhale.com |
| | |
| and | and |
| | |
| H. Anthony Hervol | Michael Goldberg |
| LAW OFFICE OF H. ANTHONY HERVOL | PARKER IBRAHIM & BERG LLC |
| 4414 Centerview Drive, Suite 200 | 300 Convent Street, Suite 1250 |
| San Antonio, Texas 78228 | San Antonio, Texas 78205 |
| hervol@sbcglobal.net | michael.goldberg@piblaw.com |
| | |
| *Attorneys for Plaintiff Eva Marisol Duncan* | *Attorneys for Defendant JPMorgan Chase Bank, N.A.* |

ActiveUS 146058846v.1