### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. 5:14-CV-00912-FB |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

Benjamin R. Bingham and Royal B. Lea, III hereby give notice of appearance as co-counsel for Plaintiff, Eva Marisol Duncan, and request that they receive notices of all pleadings, briefs, and hearings or trials which are brought before the Court in this case. Notices should be sent to the address below or via the Court's electronic noticing system.

    Respectfully submitted,

    BINGHAM & LEA, P.C.
    319 Maverick Street
    San Antonio, Texas 78212
    (210) 224-1819 Telephone
    (210) 224-0141 Facsimile
    ben@binghamandlea.com
    royal@binghamandlea.com


    BY:   *Benjamin R. Bingham*
           BENJAMIN R. BINGHAM
           State Bar No. 02322350
           ROYAL B. LEA, III
           State Bar No. 12069680

    CO-COUNSEL FOR PLAINTIFF,
    MARISOL DUNCAN

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2015, a true and correct copy of the above and foregoing has been served by ☒**CM/ECF;** ☐**overnight delivery;** ☐**United States first class mail;** ☐**facsimile transmission;** and/or ☐**hand delivery** on the following:

Charles Darby Riley
Charles Anthony Riley
Riley & Riley, Attorneys at Law
320 Lexington Ave.
San Antonio, Texas 78215
*Counsel for Plaintiff*

H. Anthony Hervol
Law Office of H. Anthony Hervol
4414 Centerview Dr.
San Antonio, Texas 78228
*Co-Counsel for Plaintiff*

Noah A. Levine
Wilmer Cutler Pickering Hale and Dorr, LLC
250 Greenwich Street
New York, NY 10007
*Counsel for Defendant*

Michael B. Goldberg
Parker Ibrahim & Berg, LLC
Bank of America Plaza
300 Convent Street, Ste. 1250
San Antonio, Texas 78205
*Co-Counsel for Defendant*

  */s/ Benjamin R. Bingham*
  BENJAMIN R. BINGHAM
  ROYAL B. LEA, III