```
              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
                  SAN ANTONIO DIVISION

EVA MARISOL DUNCAN,              *
                                 *
          Plaintiff,             *
                                 *
     v.                          *   CIV. NO. SA-14-CA-912-FB
                                 *
JP MORGAN CHASE BANK, N.A.,      *
                                 *
          Defendant.             *
```

## ORDER

On July 28, 2015, the undersigned entered an Order vacating the scheduling order at the parties' request in order to permit the parties time to finalize the terms of a settlement agreement that was reached on June 8, 2015, and to prepare a formal settlement agreement, as well as ancillary documents relating to the approval of the proposed class settlement. The Order provides that if the parties' settlement is not consummated or approved by the court, the parties shall submit a revised scheduling order within 10 days from the date of the Order denying approval of the settlement. No deadline was set for the parties to submit their settlement papers.

Accordingly, **IT IS HEREBY ORDERED** that the parties shall file the settlement papers on or by August 31, 2015.

**SIGNED** July 31, 2015.

_____
JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE