FILED
AUG 25 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EVA MARISOL DUNCAN, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 5:14-CV-00912-FB-JWP |
| § | |
| JPMORGAN CHASE BANK, N.A., § | |
| Defendant. § | |

### AGREED ORDER EXTENDING DEADLINE TO FILE SETTLEMENT PAPERS

On this date, the Court considered the Joint Motion to Extend Deadline to File Settlement Papers (the "Motion") filed by Defendant JPMorgan Chase Bank, N.A. ("JPMC"). After reviewing the Motion and considering the agreement of Plaintiff Eva Marisol Duncan and JPMC, as evidenced by the signatures of their respective counsel below, the Court finds that the Motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that the deadline for the parties to file settlement papers is hereby extended to September 30, 2015. *No further extensions.*

It is so **ORDERED**.

SIGNED August 25, 2015.

THE HONORABLE JOHN W. PRIMOMO,
UNITED STATES MAGISTRATE JUDGE

AGREED ORDER EXTENDING DEADLINE                                      Page 1