RECEIVED
MAR 28 2016
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

PRIVATE, CONFIDENTIAL, PERSONAL COMMUNICATION

5:14-cv-912
FILED
MAR 17 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RE: Duncan v. JPMorgan Chase, N.A

Clivens Goldman, people

## OBJECTION TO SETTLEMENT

COMES NOW Clivens, a man and Andrea, a woman deny infancy and disability hereby files this OBJECTION TO SETTLEMENT in the above-styled cause and states as follows: i, Clivens, do not wish to waived any rights including the right of due process as i, intend to pursue legal action against Chase and others for harming my family and i, for fraud and the wrongful foreclosure.

By: Clivens Goldman

Clivens Goldman, All rights reserved without Prejudice UCC 1-308.

3277 Lago De Talavera
Lake Worth, FL 33467

Mailed Certified Receipt: 7015 0640 0006 7663 0269

## Official Notice of Proposed Class Action Settlement and Fairness Hearing

You have been identified by Chase as a potential member of a class of persons as to whom Chase obtained information from a credit reporting agency to conduct an "account review" after the occurrence of one of several events, including account closure, bankruptcy discharge, and foreclosure.

A federal court authorized this notice.

This is not a solicitation from a lawyer.

This is not notice of a lawsuit against you.

File your Claim on or before March 23, 2016 using the attached postcard or online at www.chasefcrasettlement.com or 1-888-736-2826.

**Chase FCRA Settlement**
**Claims Administrator**
P.O. Box 43390
Providence, RI  02940-3390

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 626



Postal Service: Please do not mark barcode

Claim#: JPD-10358225301-357738
Goldman Clivens
3349 Lago De Talavera
Wellington, FL 33467-1069

**JPD**

Clivens Goldman
3277 Lago De Talavera
Lake Worth, Fl 33467

**RETURN RECEIPT REQUESTED**

7015 0640 0006 7663 0269

UNITED STATES POSTAL SERVICE
1000

Bler7
John H. Wood, Jr.
U. S Courthouse Building,
Courtroom No. 2
655 E. Cesar E. Chavez Blvd
San Antonio, Texas 78206

78206

U.S. POSTAGE PAID
GREENACRES, FL
33467
MAR 14, 16
AMOUNT
$6.74
R2305H126480-09




MAR 17 REC'D