UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL NO. SA-14-CA-00912-FB |
| | * | |
| JPMORGAN CHASE BANK, N.A., | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

Before the Court is Mary Ann Blume's (a/k/a Mary Ann Rodriguez) Application to Proceed In District Court Without Prepayment Fees or Costs. (Docket no. 40). Ms. Blume has also filed an Objection to the Settlement. (Docket no. 39). In light of Ms. Blume's objection as a plaintiff in the instant lawsuit, it is unnecessary for Ms. Blume to proceed *in forma pauperis*. Therefore, the motion is **DISMISSED AS MOOT.**

**SIGNED** this 1st day of April, 2016.

_____
JOHN PRIMOMO
U.S. MAGISTRATE JUDGE