**Official Notice of Proposed Class Action Settlement and Fairness Hearing**

You have been identified by Chase as a potential member of a class of persons as to whom Chase obtained information from a credit reporting agency to conduct an "acconnt review" after the occurrence of one of several events, inclnding account closnre, bankruptcy discharge, and foreclosure.

A federal court authorized this notice.

This is not a solicitation from a lawyer.

This is not notice of a lawsuit against yon.

File your Claim on or before March 23, 2016 using the attached postcard or online at www.chasefcrasettlement.com or 1-888-736-2826.

JPD

Chase FCRA Settlement
Claims Administrator
P.O. Box 43390
Providence, RI 02940-3390

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
**PAID**
SANTA ANA, CA
PERMIT NO. 626

Postal Service: Please do not mark barcode

Claim#: JPD-10260392301-260031
Haigh J C
5407 Raintree Dr
Missouri City, TX 77459-6215

FILED

MAR 28 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

# Letter of Objection

1. Object to the settlement agreement to the Chase FCRA settlement

2. My name is J.C. Haigh I reside at 5407 Raintree Drive in Missouri City Texas My zip is 77459 and my cell is 832-309-2815

3. I recieved a settlement offer that is one sided

4. The main objection is that I do not want this lawsuit that I have been asked to join to interfere with the lawsuit I have filed in the Southern District Court in Houston

2 of 2
3-23-16

5. I will appear and testify in needed and if needed, I will call former Judge Penno Ruiz to testify.

6. My wife Darla Haigh also objects to this settlement agreement

J.C HAIGH x [signature]

DARLA HAIGH x [signature]