IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:14-cv-00912-FB-JWP |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**NOTICE OF FILING OF OBJECTION OF MONICA LEWIS**

**TO THE HONORABLE MAGISTRATE JUDGE JOHN W. PRIMOMO:**

Now comes Class Counsel and files the "Objection" of Monica Lewis which was received by Class Counsel on March 24, 2016. The "Objection" has not been docketed by the Court, so Class Counsel is not sure that it was received by the Court. It is attached hereto.

Class Counsel further advises the Court that one of Class Counsel, Mr. Bingham, spoke with Ms. Lewis prior to the time she filed the objection. Ms. Lewis reported that Chase had foreclosed its lien on her condominium in Chicago, and that she had become homeless as a result. She had somehow received the notice of the settlement, but did not believe that the settlement was sufficient to compensate her for all the wrongs she alleged that Chase had committed against her. She also said that Chase was "harassing" her to pay for the deficiency amount that had resulted from the foreclosure, which she indicated to be about $70,000. Mr. Bingham informed Ms. Lewis that if she owed money to Chase, she would not be in this class, because if she owed money to Chase, it is permissible for Chase to access her credit report. Mr. Bingham also assured Ms. Lewis that the settlement of the Duncan case would release only the FCRA account review claim, and not any other claims that she thought she might have against

Chase. After learning that Ms. Lewis, who has a professional background working for a Chicago area college, had access to a computer at a library, Mr. Bingham gave Ms. Lewis the website to the National Association of Consumer Advocates so that she might retain an attorney for her "other claims" against Chase. Ms. Lewis said that she was still going to attend the hearing in San Antonio and "present her case to the judge" if she could borrow the money for travel. That conversation, which was quite lengthy, ended with Mr. Bingham promising to call Ms. Lewis back in a few days after he could determine whether Chase claimed that money was owed to it by Ms. Lewis. The evening after the call Mr. Bingham realized that the "collection letter" that Ms. Lewis had received might have been a letter reporting debt forgiveness after the foreclosure sale, and enclosing an IRS form 1099-C. Jennifer McLaughlin, Mr. Bingham's legal assistant called Ms. Lewis within a day or two and asked Ms. Lewis if the letter she was referring to had the numbers "1099" on it. She confirmed that the letter did reference "1099", but also said that she had retained an attorney to object to the settlement, so communication with her ceased. Mr. Bingham nor any of the other class counsel have received any communication from an attorney purporting to represent Ms. Lewis. When Ms. Lewis letter "objection" was received, it in fact included the IRS 1099-C reference, indicating that Ms. Lewis' debt to Chase appears to have been forgiven, and the letter was not a collection letter from Chase.

    I swear under penalty of perjury that the above statements are true and correct.

_____
Signed in San Antonio, Texas April 4, 2016,
Ben Bingham

**Respectfully Submitted,**

RILEY & RILEY
Attorneys at Law
320 Lexington Avenue
San Antonio, Texas 78215
(210) 225-7236 Telephone
(210) 227-7907 Facsimile
charlesriley@rileylawfirm.com

By:   */s/ Charles Riley*
         CHARLES RILEY
         State Bar No. 24039138
         Co-Class Counsel

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves e-mail notification of such filing to the following counsel of record on this 5th day of April, 2016, and a true and correct copy of the above and forgoing has therefore been served on the following counsel of record for the Defendant at the e-mail addresses listed hereunder:

Noah A. Levine
Alan E. Schoenfeld
Fiona Kaye
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, New York 10007
noah.levine@wilmerhale.com
alan.schoenfeld@wilmerhale.com
fiona.kaye@wilmerhale.com

Wm. Lance Lewis
Kenneth A. Hill
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com
kenhill@qslwm.com

In addition, the undersigned hereby certifies that the foregoing was served upon the objecting parties/amicus curiae named herein below via the methods indicated hereunder, on April 4, 2016:

Thomas L. Cox, Jr.
7129 Tabor Dr.
Dallas, TX 75231-5647
tcox009@yahoo.com
Via electronic mail and U.S. mail

T Michael Kennedy
T Michael Kennedy, LLC
735 Plaza Blvd., Suite 200
tmichael@tmichaelkennedyllc.com
Coppell, TX 75019
Attorney for Shirley Morales and Patrick John Hollins
Via electronic mail and U.S. mail

Marilyn Paul
Individually and c/o R. Holstein
130 N. Garland Court
Chicago, IL  60602
holsteinlaw@sbcglobal.net
Via electronic mail and U.S. mail

T. Johnson
120 W. Madison St., Suite 600
Chicago, IL  60602
tjohnson@johnsonchicago.com
Attorney for Marilyn Paul
Via electronic mail and U.S. mail

Christopher T. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471
cbandas@bandaslawfirm.com
Attorney for Amirali Jabrani
Via electronic mail and U.S. mail

Patrick S. Sweeney
750 South Dixie Highway
Boca Raton, FL 33432
eb5venturesllc@gmail.com
Attorney for Donald Gors
Via electronic mail and U.S. mail

Mary B. Rodriguez a/k/a Mary Ann Bloom
9621 Graham St., # 79
Cypress, CA 90630
Via U.S. mail

Monica Lewis
P.O. Box 2582
Bridgeview, IL 60455
Via U.S. mail

J.C. Haigh
Darla Haigh
5407 Raintree Dr.
Missouri City, TX 77459-6215
Via U.S. Mail

Clivens Goldman
3277 Lago De Talavern
Lake Worth, FL 33467
Via U.S. Mail

Barbara Ellis
8293 South Huron River Dr.
South Rockwood, MI 48179
4barb1s@gmail.com
Amicus Curiae
Via electronic mail

                                          */s/ Charles Riley*
                                          Charles Riley
                                          Co-Class Counsel



# Memorandum

| From: Monica Lewis<br>P.O. Box 2582<br>Bridgeview, Illinois 60455 | Date: March 19, 2016 |
|---|---|
| To: Chase FCRA Settlement<br>Claims Administrator<br>P.O. Box 43389<br>Providence, RI 02940-3389<br><br>Clerk of Court United States District of Western District Court of Texas San Antonio Division located at John H. Wood Jr. US Court House Building<br>655 East Cesar E. Chavez Blvd<br>San Antonio, Texas 78206<br><br>Benjamin R. Bingham ESQ<br>Bingham & Lea P.C.<br>319 Maverick Street<br>San Antonio, Texas 78212<br><br>Noah Levine ESQ<br>Willmer Cutler<br>Pickering Hale and Dorr LLP<br>7 World Trade Center<br>New York, New York 10007 | Subject: Official Notice of Proposed Class Action Settlement and Fairness Hearing |

Please Respond  Rush 
For Your Information  Special Attention

# Memorandum

| From: Monica Lewis<br>P.O. Box 2582<br>Bridgeview, Illinois 60455 | Date: March 19, 2016 |
|---|---|
| To: Benjamin R. Bingham ESQ<br>Bingham & Lea P.C.<br>319 Maverick Street<br>San Antonio, Texas 78212 | Subject: Official Notice of Proposed Class Action Settlement and Fairness Hearing |

Please Respond ✓
For Your Information ✓
Rush ✓
Special Attention ✓

**Memo**

I am settlement class member Claim# JPD-11364031601-1362257 my reasons to object to final approval of $10.00 due to inconsistencies and challenges of $70,000 account review inquiry ( 1261) and due to my hardship I had to face. I want to know if the court will grant me an opportunity to appear on 4/2716 at 9:30am Central Standard Time for the final approval settlement of this class action lawsuit. I can be reach at 317-840-8589.



3415 VISION DRIVE  OH4-7214
COLUMBUS OH 43219-6009

Tax Year 2014 Form 1099-C Cancellation of Debt (Copy B)

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported.

### Debtor's Information

00524 TASD 1Z1 8315 -    000000  2993 MT  (00.350)

MONICA LEWIS-MCGILL
PO BOX 2582
BRIDGEVIEW, IL 60455-6582

### Creditor's Information

Federal ID Number: ▮▮▮50
JPMORGAN CHASE BANK, N.A.
HOME LENDING

### Form 1099-C Questions

Phone Support: 1-800-848-9136

Debtor's ID Number: ▮▮▮▮▮

Corrected as of 03/23/2015

(OMB No. 1545-1424)

### Summary of Form 1099-C Cancellation of Debt

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1. | Date of Identifiable event | 06/19/2014 | 5. | Was borrower personally liable for repayment of the debt? | Yes |
| 2. | Amount of debt discharged | $53,696.82 | 6. | Identifiable event code | G |
| 3. | Interest if included in box 2 | $0.00 | 7. | Fair market value of property | $70,000.00 |
| 4. | Debt Description | 720 N AUSTIN BLVD., #303  OAK PARK, IL | | | |

### Details of Form 1099-C Cancellation of Debt

(OMB No. 1545-1424)

| Account Number / Acct Description | Box #1 Date of Identifiable event | Box #2 Amount of debt discharged | Box #3 Int. included in box 2 | Other Boxes | |
|---|---|---|---|---|---|
| ▮▮▮1261 MORTGAGE | 06/19/2014 | $53,696.82 | $0.00 | #4 Debt description | 720 N AUSTIN BLVD., #303  OAK PARK, IL |
| | | | | #5 If yes, the debtor was personally liable for repayment of the debt | Yes |
| | | | | #6 Identifiable event code | G |
| | | | | #7 Fair market value of property | $70,000.00 |