IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR - 6 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 5:14-cv-00912-FB-JWP |
| JPMORGAN CHASE BANK, N.A., | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S OPPOSED EXPEDITED MOTION FOR LEAVE TO TAKE EXPEDITED, BUT LIMITED, DEPOSITIONS OF CLIENTS OF SERIAL OBJECTORS AND THREE OBJECTORS' COUNSEL

CAME ON to be heard Plaintiff's Motion for Leave to Take Expedited, But Limited, Depositions of Clients of Serial Objectors and Three Objectors' Counsel. After reviewing the Motion and any Response thereto, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the following parties and/or counsel shall appear for videoconference depositions of no more than two hours each, taken in accordance with Federal Rule of Civil Procedure 30 and Local Rules CV-7(h) and CV-30 pursuant to deposition notices served on the witnesses by Class Counsel reflecting the following dates, times and locations for such depositions:

1. Deposition of Thomas L. Cox, Jr. – April 18, 2016 at 9:00 a.m. CDT. Witness location - Dallas, TX.

2. Deposition of Marilyn Paul - April 18, 2016 at 11:00 a.m. CDT. Witness location - Chicago, IL.

3. Deposition of Robert Allan Holstein - April 18, 2016 at 2:00 p.m. CDT. Witness location - Chicago, IL.

4. Deposition of Tige Johnson - April 18, 2016 at 4:00 p.m. CDT. Witness location – Chicago, IL

5. Deposition of Patrick John Hollins - April 19, 2016 at 9:00 a.m. CDT. Witness location - Bensalem, PA (deposition to be held within 30 miles of Bensalem, PA).

6. Deposition of Shirley Morales - April 19, 2016 at 11:00 a.m. CDT. Witness location - Corbett, OR (deposition to be held within 30 miles of Corbett, OR).

7. Deposition of T. Michael Kennedy - April 19, 2016 at 2:00 p.m. CDT. Witness location - Coppell, TX (deposition to be held in Dallas, TX).

8. Deposition of Amirali Jabrani – April 19, 2016 at 4:00 p.m. CDT. Witness location – O'Fallon, MO (deposition to be held within 30 miles of O'Fallon, MO).

**IT IS SO ORDERED.**

SIGNED this 6th day of April 2016.

_____
HONORABLE JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE