**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **EVA MARISOL DUNCAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:14-cv-00912-FB- |
| | § | JWP |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| | § | |
| Defendant. | § | **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR APPROVAL OF**
**WITHDRAWAL OF OBJECTION OF DONALD GORS (DOC. 35)**

**TO THE HONORABLE MAGISTRATE JUDGE JOHN W. PRIMOMO:**

Now comes Class Representative Eva Marisol Duncan, by and through Class Counsel, together with objector Donald Gors, after consultation with his attorney Patrick Sweeney[1], and pursuant to F.R.Civ.P. 23(e)(5), and requests approval of the withdrawal of the Mr. Gors' Objection to the proposed settlement of this case, docketed filed at Doc. 35, and show:

1. The parties have satisfied themselves that Mr. Gors is not a class member of this class. Non-class members do not have standing to object to class action settlement. *In re Deepwater Horizon*, 739 F.3d 790, 809 (5th Cir. 2014).

2. Therefore, the parties agree that the objection should be withdrawn.

3. Concerning this withdrawal of objection, no money was sought, nor promised to or received by Mr. Gors nor his counsel.

---

[1] Mr. Sweeney is an attorney licensed and in good standing in the states of Wisconsin and Florida. He is not admitted to practice in this Court, and joins in this motion only to signify that he represents Mr. Gors and has counseled him about the withdrawal of his objections.

Wherefore, premises considered the parties request that the Court approve the withdrawal of the Donald Gors Objection docketed at #35. The parties pray for general relief.

                              Respectfully submitted,

                              RILEY & RILEY
                              Attorneys at Law
                              320 Lexington Avenue
                              San Antonio, Texas 78215
                              (210) 225-7236 Telephone
                              (210) 227-7907 Facsimile
                              charlesriley@rileylawfirm.com

By:    /s/Charles Riley
            CHARLES RILEY
            State Bar No. 24039138
             Co-Class Counsel


      *Patrick Sweeney*
By Ben Bingham,
by permission granted April 9th, 2016
Patrick Sweeney
2590 Richardson Street
Madison WI 53711
310-339-0548
eb5venturesllc@gmail.com
(not admitted to practice in this Court)
Counsel for Donald Gors

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves e-mail notification of such filing to the following counsel of record on this _11th_ day of April, 2016, and a true and correct copy of the above and forgoing has therefore been served on the following counsel of record for the Defendant at the e-mail addresses listed hereunder:

Noah A. Levine
Alan E. Schoenfeld
Fiona Kaye
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, New York 10007
noah.levine@wilmerhale.com
alan.schoenfeld@wilmerhale.com
fiona.kaye@wilmerhale.com

Wm. Lance Lewis
Kenneth A. Hill
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com
kenhill@qslwm.com


In addition, the undersigned hereby certifies that the foregoing was served upon the objecting parties named hereinbelow via the methods indicated hereunder, on April 11, 2016:

Thomas L. Cox, Jr.
7129 Tabor Dr.
Dallas, TX 75231-5647
tcox009@yahoo.com
and regular mail

Shirley Morales
Patrick John Hollins
c/o T Michael Kennedy, LLC
735 Plaza Blvd.
Suite 200
Coppell, TX 75019
Via electronic mail and regular mail

Marilyn Paul
130 N. Garland Court
Chicago, IL  60602
Via electronic mail and regular mail

T. Johnson
54 W. Madison St.
Chicago, IL  60601
Via electronic mail and regular mail

R. Holstein
130 N. Garland Court
Chicago, IL  60602
Via electronic mail and regular mail

Amirali Jabrani
2038 Moondance Court
O'Fallon, Missouri  63368
Email: alijabrani24@gmail.com

Christopher T. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471
Email:  cbandas@bandaslawfirm.com


                                                           /s/ Charles Riley
                                                           Charles Riley
                                                           Co-Class Counsel