IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:14-cv-00912-FB-JWP |
| JPMORGAN CHASE BANK, N.A., | § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## ORDER APPROVING WITHDRAWAL OF OBJECTION OF DONALD GORS

The Court has considered the Joint Motion to withdraw the objection to the proposed settlement in this case made by Donald Gors, Doc. 35. The reason for the requested approval of the withdrawal of the motion is that Mr. Gors, with assistance of counsel, has determined that he is not a class member. Federal Rule 23(e)(5) provides that objections may be withdrawn only with the Court's approval.

**IT IS THEREFORE ORDERED** that the withdrawal on the Objection of Donald Gors (Doc. 35) is **APPROVED.**

**IT IS SO ORDERED.**

SIGNED this 12th day of April, 2016.

HONORABLE JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE