# EXHIBIT "5"
## Declaration of Jay Geraci

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EVA MARISOL DUNCAN,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | CIVIL NO. 5:14-CV-00912-FB-JWP<br><br>**DECLARATION OF JAY GERACI**<br>**RE: NOTICE PROGRAM** |

I, **JAY GERACI** declare:

1. I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"), located at 3301 Kerner Boulevard, San Rafael, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the Notice Program for the Duncan v. JP Morgan Chase Bank, N.A., settlement following the October 21, 2015 Order granting preliminary approval.

3. KCC was retained to, among other tasks, mail the double postcard notice with detachable postage pre-paid business return mail ("BRM") Claim Form, effectuate the Publication Notice, establish and maintain a Settlement Website, and establish and maintain an Interactive Voice Response system for Settlement Class Members and perform other duties as specified in the Settlement Agreement

1 preliminarily approved by this Court on October 21, 2015. Copies of the double postcard notice with detachable BRM Claim Form and Publication Notice are attached hereto as Exhibits A and B respectively.

4. On or around November 6, 2015, KCC received from the Defendant data files that identified, subject to the availability of information in reasonably accessible electronic form, the names and last known mail addresses of 2,127,831 identifiable Settlement Class Members (the "Settlement Class Member List"), in accordance with paragraph 42 of the Settlement Agreement.

5. On or before November 20, 2015, KCC caused the addresses in the Settlement Class Member List to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service. New addresses were found for 364,631 Settlement Class Members. The Settlement Class Member List was updated with these new addresses.

6. KCC identified 7,575 duplicative records and 1,039 incomplete addresses. Per Counsel's request, KCC maintained this data, but removed duplicative records from the Settlement Class Member List. The incomplete address records were maintained as part of the Settlement Class Member List, but were not part of the double postcard notice with detachable BRM Claim Form mailing. This resulted in 2,120,256 names and addresses remaining on the Settlement Class Member List and 2,119,217 names and addresses for the double postcard notice with detachable BRM Claim Form mailing.

7. On or before December 18, 2015, KCC caused an Interactive Voice Response (the "IVR") system to be established (888-736-2826) to provide information about the settlement and to record requests for Notice Packets which contains the Claim Form and Long-Form Notice.

8. On or before December 18, 2015, KCC caused a website to be established (http://www.ChaseFCRASettlement.com/) to provide information about the settlement and to allow Settlement Class Members to file claims, review Court Documents, and to download copies of the Claim Form and Long-Form Notice.

9. On or before December 18, 2015, KCC caused the double postcard notices with detachable BRM Claim Forms to be printed.

10. KCC caused a one-third page Publication Notice to appear one time in the January 2016

issue of *Better Homes & Gardens* (on-sale December 20, 2015). A copy of the Publication Notice as published in *Better Homes & Gardens* is attached as Exhibit C. In addition, the Publication Notice appeared as a one-third page notice in the *People* magazine issue dated December 28, 2015 (on-sale December 18, 2015). A copy of the Publication Notice as it appears in *People* is attached as Exhibit D.

11. On December 18, 2015, KCC caused the 2,119,217 double postcard notices with detachable BRM Claim Forms to be mailed by First Class postage.

12. During the period December 18, 2015 through the date of this declaration, Postcard Notices related to 12,353 class members were returned to KCC by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member List to be updated with the new addresses and Postcard Notices to be re-mailed to the class members at each of these new addresses.

13. During the period December 18, 2015 through the date of this declaration, Postcard Notices related to 271,279 class members were returned to KCC by the U.S. Postal Service without forwarding addresses. KCC conducted address searches using credit and other public source databases to locate new addresses for these 271,279 class members. These searches did not include 582 class members who had previously contacted KCC to advise us of their new address, or had already filed claims in the settlement. Of the 271,279 class members searched, new addresses were found for 168,444 of them and no new addresses were found for 102,835 of them. The Class Member List was updated with these new addresses and Postcard Notices were re-mailed to these 168,444 class members using the new addresses.

14. Of the 168,444 class members with newly found addresses, 22,040 were returned by the U.S. Postal Service once more without a forwarding address. These addresses were not searched again.

15. Altogether, there are 124,875 class members with known bad addresses (22,040 mailed, returned, searched, re-mailed and returned once more by the U.S. Postal Service a second time and 102,835 searched without a new address being found).

16. In total, there are 1,994,342 class members to whom KCC sent a postcard notice that was not returned as undeliverable. The number of class members who received notification via postcard mailing equates to ninety-four percent (94%) of the entire known class.

17. As of the March 23, 2016 claims filing deadline, there were 130,186 unique visitors to

1  the Settlement Website.

2      18.     As of the March 23, 2016 claims filing deadline, 35,736 calls have been received by the
3  IVR.  Of these callers, 2,690 requested a Notice Packet.  All Notice Packet requests have been fulfilled.

4      19.     As of the date of this declaration, KCC has received 172 timely Requests for Exclusion
5  from known class members, and three timely Requests for Exclusion from non-class members. A list of
6  the individuals requesting exclusion is attached hereto as Exhibit E.

7      20.     As of the date of this declaration, 472,167 Claim Forms have been filed in this settlement.

9  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true
10 and correct to the best of my knowledge and that this declaration was executed this 13th day of April
11 2016 at Novato, California.

_____

JAY GERACI

# Exhibit A

**Official Notice of Proposed Class Action Settlement and Fairness Hearing**

**Chase FCRA Settlement
Claims Administrator**
P.O. Box 43390
Providence, RI  02940-3390

You have been identified by Chase as a potential member of a class of persons as to whom Chase obtained information from a credit reporting agency to conduct an "account review" after the occurrence of one of several events, including account closure, bankruptcy discharge, and foreclosure.

«Barcode»

Postal Service: Please do not mark barcode

**A federal court authorized this notice.**

**This is not a solicitation from a lawyer.**

**This is not notice of a lawsuit against you.**

Claim#: JPD-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «St»  «Zip»
«Country»

**File your Claim on or before March 23, 2016 using the attached postcard or online at www.chasefcrasettlement.com or 1-888-736-2826.**

# JPD

---

Carefully separate this Claim Form postcard at the perforation

**By submitting this Claim, I am requesting a Settlement Fund Payment.** 

Address for Settlement Fund Payment (if different from where this notice was sent)

Name: _____

Address: _____

City, State: _____

Zip Code: _____

Signature: _____

Date (mm/dd/yyyy): _____

**Mail this Claim Form on or before March 23, 2016 (postmark deadline).**

    JPDCRD1  

A Settlement Agreement has been reached with JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. (collectively "Chase") in a lawsuit alleging that Chase violated the Fair Credit Reporting Act ("FCRA") by accessing consumer credit reports to conduct "Account Review Inquiries" of Chase customers after their Chase account relationships had ended. The lawsuit alleges that Chase no longer had a permissible purpose to access the consumer's credit report. The lawsuit, *Duncan v. JPMorgan Chase Bank, N.A.* is pending in the United States District Court for the Western District of Texas. The Court has not decided which side is right, and Chase denies any liability or wrongdoing. However, to settle the case and avoid the costs and risk of litigation, Chase has agreed to provide a Settlement Fund of $8,750,000. To see a more detailed notice, full information on the Settlement, the Settlement Agreement, and other documents in the case, please visit the website www.chasefcrasetttlement.com.

**Why am I being contacted?** Chase's records indicate that you are a Settlement Class Member because Chase accessed your consumer credit report in an "Account Review Inquiry" after the occurrence of one of several events concerning your account, including account closure, bankruptcy discharge, or foreclosure.

**What can I get out of the settlement?** If the Court approves the Settlement, Settlement Class Members who submit a valid Claim Form will be paid a pro-rata cash distribution from the Settlement Fund, after the costs of notice and administration, attorneys' fees, costs, expenses, and a service payment to Ms. Duncan are deducted from that Fund. Class counsel will seek no more than 33.33% of the $8,750,000 fund as their fee and expenses and no more than $10,000 for Ms. Duncan's service in bringing this lawsuit.

**How do I get my payment?** To make a claim, you must complete and mail the attached Claim Form by March 23, 2016 (postmark deadline). Claims may also be submitted: online at www.chasefcrasettlement.com; or you may download a form from the same website and mail it to the Settlement Administrator. For help filing a claim, call 1-888-736-2826. The amount that you and other claimants will receive ultimately depends on the expense deductions described above and the total number of valid Claim Forms received.

**What are my other options?** If you don't want to be legally bound by the Settlement, you must exclude yourself from the Settlement by March 23, 2016 (postmark deadline). Unless you exclude yourself, you will be bound by the terms of the Settlement Agreement, including, but not limited to, its Releases. If you do not exclude yourself, you may object to the Settlement and/or the amount of expenses incurred in obtaining the Settlement, including attorneys' fees. If you object to the Settlement, you must sign your objection yourself and file it with the Court. If you file a timely objection, you may appear at the hearing the Court holds to finally approve the Settlement, but you are not required to attend. You may also hire your own lawyer at your cost to pursue your objection. **Objections are due by March 23, 2016** (postmark deadline). If you object, please refer to the Settlement Agreement posted on the website www.chasefcrasettlement.com for more information on the requirements for objecting and for verifying your status as a Settlement Class Member. If your objection is rejected by the Court, you will be bound by the terms of the Settlement.

**When will the hearing be held to determine approval of the settlement, and where?** The Court will hold a Final Approval Hearing on April 27, 2016 at 9:30 a.m. in the John H. Wood, Jr. U.S. Courthouse Building, 655 E. Cesar E. Chavez Blvd., San Antonio, Texas 78206, in Courtroom No. 2 to decide whether to approve: (1) the Settlement, (2) Class Counsel's request for attorneys' fees and expenses in the amount of no more than 33.33% of the Settlement Fund, and (3) up to $10,000 for a special service payment to the Class Representative.

**Who are the lawyers for the class?** The Court has appointed Riley & Riley, Law Office of H. Anthony Hervol, and Bingham and Lea, P.C., all of San Antonio, Texas as Class Counsel.

JPD



NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 1810    PROVIDENCE, RI

POSTAGE WILL BE PAID BY ADDRESSEE

CHASE FCRA SETTLEMENT
CLAIMS ADMINISTRATOR
P.O. BOX 43389
PROVIDENCE RI 02940-9576

# Exhibit B

**United States District Court
for the Western District of Texas
Legal Notice
Attention: Former Chase Customers, You May
Be a Member of a Class Action Settlement
Which Could Affect Your Rights.**

**What Is This Notice?** A Settlement Agreement has been reached with JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. (collectively "Chase") in a lawsuit alleging that Chase violated the Fair Credit Reporting Act ("FCRA") by accessing consumer credit reports to conduct "Account Review Inquiries" of Chase customers after their Chase account relationships had ended. Chase denies any liability or wrongdoing, but in order to avoid litigation costs and risk, has agreed to settle the class claim. You may be a member of the Settlement Class and entitled to payment under that Settlement. The lawsuit, *Duncan v. JPMorgan Chase Bank, N.A.* is pending in the United States District Court for the Western District of Texas. This is only a summary notice: You should visit the website www.chasefcrasettlement.com or use the contact information below to get detailed information in order to make a decision about your legal rights.

**Who Is Included?** You may be a Settlement Class Member if you were a borrower or guarantor on a Chase account or Chase-serviced account and Chase reviewed your credit report through an Account Review Inquiry during the period October 16, 2009 through October 16, 2014, at a time when the account met any one of the following criteria: (1) the account was closed with a zero balance; (2) the account had been sold or transferred to a third party; (3) the debt on the account had been discharged in bankruptcy; (4) Chase had foreclosed the property securing the account loan; or (5) Chase had sold in a short sale or had transferred through a deed in lieu of foreclosure the property securing the account loan.

**What Does The Settlement Provide?** A settlement fund of $8,750,000.00 has been established to pay valid claims; attorneys' fees, costs, and expenses of up to 33.33% of the settlement fund; notice and settlement administration costs; and a service payment to the plaintiff of up to $10,000. If you are a Settlement Class Member, you are eligible to receive a pro-rata share of that settlement fund. The final cash payment amount will depend, among other facts, on the total number of valid and timely claims filed by all Class Members.

**Who Represents Me?** The Court has appointed attorneys to represent the Class. Those attorneys are the law firms of Riley & Riley, 320 Lexington Street, San Antonio Texas 78215, the Law Office of H. Anthony Hervol, 4414 Centerview Drive, San Antonio, Texas 78228, and Bingham and Lea, P.C., 319 Maverick St., San Antonio, TX 78212. Class Counsel will request from the Court an award for attorneys' fees and expenses of up to one-third of the settlement fund. You may hire your own attorney, but only at your own expense.

**What Are My Legal Rights?**

- If you are a Settlement Class Member, you may receive payment by submitting a Claim Form. Claim Forms may be submitted electronically or by mail by March 23, 2016. You may obtain a Claim Form by visiting www.chasefcrasettlement.com.
- If you are a Settlement Class Member, and want to exclude yourself from the Settlement and keep your right to sue or arbitrate against Chase, you must send a written request for exclusion with your name, address, and signature postmarked by March 23, 2016, to Chase FCRA Settlement Claims Administrator, P.O. Box 43389, Providence, RI 02940-9576.
- If you are a Settlement Class Member and you do not exclude yourself, you may object to the Settlement and/or the amount of expenses incurred in obtaining the Settlement, including attorneys' fees. If you object to the Settlement, you must sign your objection yourself and file it with the Court. If you file a timely objection, you may appear at the hearing the Court will hold to consider final approval of the Settlement, but you are not required to attend. You may also hire your own lawyer at your own cost to pursue your objection. <u>**Objections are due by March 23, 2016.**</u> **If you object, please refer to the Settlement Agreement posted on the website** www.chasefcrasettlement.com for more information on the exact requirements for objecting and for verifying your status as a Settlement Class Member. If your objection is rejected by the Court, you will be bound by the terms of the Settlement.
- If you are a Settlement Class Member and you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue Chase or to pursue arbitration against Chase for any claim relating to Account Review Inquiries.

**When Will The Court Consider The Proposed Settlement?** The Court will determine whether to finally approve the Settlement at a Fairness Hearing scheduled to take place on April 27, 2016 at 9:30 a.m. at the John H. Wood, Jr. U.S. Courthouse Building, 655 E. Cesar E. Chavez Blvd., Courtroom A San Antonio, Texas 78206. The Court will consider any timely filed objections at that time. If the hearing is relocated or rescheduled, the new location or date will be posted on the Settlement Website.

**FOR MORE INFORMATION PLEASE VISIT THE
SETTLEMENT WEBSITE
at www.chasefcrasettlement.com
OR CALL (888) 736-2826**

# Exhibit C

## Prolia (denosumab) Injection

**BRIEF SUMMARY OF MEDICATION GUIDE**
Prolia® (PRŌ-lee-a) *(denosumab)* Injection

Read the Medication Guide that comes with Prolia before you start taking it and each time you get a refill. There may be new information. The Medication Guide does not take the place of talking with your doctor about your medical condition or treatment. Talk to your doctor if you have any questions about Prolia.

**What is the most important information I should know about Prolia?**
If you receive Prolia, you should not receive XGEVA®. Prolia contains the same medicine as Xgeva (denosumab).

**Prolia can cause serious side effects including:**

- **Serious allergic reactions.**
Serious allergic reactions have happened in people who take Prolia. Call your doctor or go to your nearest emergency room right away if you have any symptoms of a serious allergic reaction. Symptoms of a serious allergic reaction may include:
  - low blood pressure (hypotension)
  - trouble breathing
  - throat tightness
  - swelling of your face, lips, or tongue
  - rash
  - itching
  - hives

- **Low calcium levels in your blood (hypocalcemia).**
Prolia may lower the calcium levels in your blood. If you have low blood calcium before you start receiving Prolia, it may get worse during treatment. Your low blood calcium must be treated before receiving Prolia. Most people with low blood calcium levels do not have symptoms, but some people may have symptoms. Call your doctor right away if you have symptoms of low blood calcium such as:
  - Spasms, twitches, or cramps in your muscles
  - Numbness or tingling in your fingers, toes, or around your mouth
Your doctor may prescribe calcium and vitamin D to help prevent low calcium levels in your blood while you take Prolia. Take calcium and vitamin D as your doctor tells you to.

- **Severe jaw bone problems (osteonecrosis).**
Severe jaw bone problems may happen when you take Prolia. Your doctor should examine your mouth before you start Prolia. Your doctor may tell you to see your dentist before you start Prolia. It is important for you to practice good mouth care during treatment with Prolia. Ask your doctor or dentist about good mouth care if you have any questions.

- **Unusual thigh bone fractures.**
Some people have developed unusual fractures in their thigh bone. Symptoms of a fracture include new or unusual pain in your hip, groin, or thigh.

- **Serious infections.**
Serious infections in your skin, lower stomach area (abdomen), bladder, or ear may happen if you take Prolia. Inflammation of the inner lining of the heart (endocarditis) due to an infection also may happen more often in people who take Prolia. You may need to go to the hospital for treatment if you develop an infection.
Prolia is a medicine that may affect the ability of your body to fight infections. People who have weakened immune system or take medicines that affect the immune system may have an increased risk for developing serious infections.
Call your doctor right away if you have any of the following symptoms of infection:
  - Fever or chills
  - Skin that looks red or swollen and is hot or tender to touch
  - Fever, shortness of breath, cough that will not go away
  - Severe abdominal pain
  - Frequent or urgent need to urinate or burning feeling when you urinate

- **Skin problems.**
Skin problems such as inflammation of your skin (dermatitis), rash, and eczema may happen if you take Prolia. Call your doctor if you have any of the following symptoms of skin problems that do not go away or get worse:
  - Redness
  - Itching
  - Small bumps or patches (rash)
  - Your skin is dry or feels like leather
  - Blisters that ooze or become crusty
  - Skin peeling

- **Bone, joint, or muscle pain.**
Some people who take Prolia develop severe bone, joint, or muscle pain.
Call your doctor right away if you have any of these side effects.

**What is Prolia?**
Prolia is a prescription medicine used to:
- Treat osteoporosis (thinning and weakening of bone) in women after menopause ("change of life") who:
  - are at high risk for fracture (broken bone).
  - cannot use another osteoporosis medicine or other osteoporosis medicines did not work well.
It is not known if Prolia is safe and effective in children.

**Who should not take Prolia?**
**Do not take Prolia if you:**
- have been told by your doctor that your blood calcium level is too low.
- are pregnant or plan to become pregnant.
- are allergic to denosumab or any of the ingredients in Prolia. See the end of this leaflet for a complete list of ingredients in Prolia.

**What should I tell my doctor before taking Prolia?**
**Before taking Prolia, tell your doctor if you:**
- Are taking a medicine called Xgeva (denosumab). Xgeva contains the same medicine as Prolia.
- Have low blood calcium.
- Cannot take daily calcium and vitamin D.
- Had parathyroid or thyroid surgery (glands located in your neck).
- Have been told you have trouble absorbing minerals in your stomach or intestines (malabsorption syndrome).
- Have kidney problems or are on kidney dialysis.
- Plan to have dental surgery or teeth removed.
- Are pregnant or plan to become pregnant. Prolia may harm your unborn baby. Tell your doctor right away if you become pregnant while taking Prolia.
  - **Pregnancy Surveillance Program:** Prolia is not intended for use in pregnant women. If you become pregnant while taking Prolia, talk to your doctor about enrolling in Amgen's Pregnancy Surveillance Program or call 1-800-772-6436 (1-800-77-AMGEN). The purpose of this program is to collect information about women who have become pregnant while taking Prolia.
- Are breastfeeding or plan to breastfeed. It is not known if Prolia passes into your breast milk. You and your doctor should decide if you will take Prolia or breastfeed. You should not do both.

**Tell your doctor about all the medicines you take,** including prescription and nonprescription drugs, vitamins, and herbal supplements.
Know the medicines you take. Keep a list of medicines with you to show to your doctor or pharmacist when you get a new medicine.

**How will I receive Prolia?**
- Prolia is an injection that will be given to you by a healthcare professional. Prolia is injected under your skin (subcutaneous).
- You will receive Prolia 1 time every 6 months.
- You should take calcium and vitamin D as your doctor tells you to while you receive Prolia.
- If you miss a dose of Prolia, you should receive your injection as soon as you can.
- Take good care of your teeth and gums while you receive Prolia. Brush and floss your teeth regularly.
- Tell your dentist that you are receiving Prolia before you have dental work.

**What are the possible side effects of Prolia?**
Prolia may cause serious side effects.
- See "**What is the most important information I should know about Prolia?**"
- It is not known if the use of Prolia over a long period of time may cause slow healing of broken bones.

The most common side effects of Prolia in women who are being treated for osteoporosis after menopause are:
- back pain
- pain in your arms and legs
- high cholesterol
- muscle pain
- bladder infection

Tell your doctor if you have any side effect that bothers you or that does not go away.
These are not all the possible side effects of Prolia. For more information, ask your doctor or pharmacist.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store Prolia if I need to pick it up from a pharmacy?**
- Keep Prolia in a refrigerator at 36°F to 46°F (2°C to 8°C) in the original carton.
- Do not freeze Prolia.
- When you remove Prolia from the refrigerator, Prolia must be kept at room temperature [up to 77°F (25°C)] in the original carton and must be used within 14 days.
- Do not keep Prolia at temperatures above 77°F (25°C). Warm temperatures will affect how Prolia works.
- Do not shake Prolia.
- Keep Prolia in the original carton to protect from light.

**Keep Prolia and all medicines out of reach of children.**

**General information about Prolia**
Do not give Prolia to other people even if they have the same symptoms that you have. It may harm them.
The Medication Guide summarizes the most important information about Prolia. If you would like more information, talk with your doctor. You can ask your doctor or pharmacist for information about Prolia that is written for health professionals.
For more information, go to www.Prolia.com or call Amgen at 1-800-772-6436.

**What are the ingredients in Prolia?**
Active ingredient: denosumab
Inactive ingredients: sorbitol, acetate, polysorbate 20 (prefilled syringe only), Water for Injection (USP), and sodium hydroxide

© 2015 Amgen Inc. All rights reserved.



---



# resources

## love something in this issue?

We've made it easy to find the products you see in *Better Homes and Gardens®* magazine stories. Go to BHG.com/Resources, where you'll find full sourcing information for the stories in this issue. Click on links to go to manufacturer websites that provide purchasing details. Easy! You can find the sources you need online, anytime.

### DESIGN PROFESSIONALS FEATURED IN THIS ISSUE

**RETHINKING A RENTAL, pages 19–25**
Visit Kerra Michele Huerta's blog: aptenvyblog.com.

**FORSYTHIA, pages 30–31**
Visit color expert Jessica Colaluca's website: design-seeds.com.

**A PLACE FOR EVERYTHING, pages 58–65**
**Architect**—Lance Brock, retired. **Design**—Kim Nunn, Franklin, Tennessee; 615/497-4074; and Carrie Brock, Nashville; 615/479-6225. **Contracting:** Lance Brock. **Consulting Builder:** Stone Oak Builders; stoneoakbuilders.com. **Cabinetry and woodwork:** Dean Roberts, Smyrna, Tennessee; 615/973-5354.

### RECIPE INDEX

**WAKE UP YOUR OATS**
Peanut Butter Banana & Bacon Oatmeal **p. 78**
Tropical Slow Cooker Oatmeal **p. 78**
Stovetop Savory Ham & Veggie Oatmeal **p. 81**

**WINTER GREENS**
Pecan & Collard Chicken Salad **p. 84**
Mustard Greens on Toast **p. 84**
Greens Cracker **p. 84**
Toasted Couscous & Chard Salad **p. 84**
Roasted Chicories with Brown Butter **p. 86**
Spinach & Feta Tart **p. 86**

**DRINK UP!**
Cucumber-Mint Refresher **p. 86**
Cinnamon & Ginger Carrot Juice **p. 88**
Vitamin C Berry Shake **p. 88**
Beetroot Blend **p. 88**
Matcha Smoothie **p. 88**
Clean Green Protein Smoothie **p. 88**



### RULES FOR SWEEPSTAKES MENTIONED IN THIS ISSUE

**DAILY GIVEAWAY SWEEPSTAKES**
No purchase necessary to enter or win. Subject to Official Rules and entry at BHG.com/Win. There will be one Daily Giveaway Sweepstakes per day. Entries for each daily sweepstakes must be received by 11:59 p.m. ET. Open to legal residents of the 50 United States and the District of Columbia, 21 years or older. One entry per e-mail address per day. Online entry only. Void where prohibited. Sponsor: Meredith Corporation.

**$15,000 SWEEPSTAKES**
Subject to Official Rules available at BHG.com/15KSweeps. The $15,000 Sweepstakes begins at 12:01 a.m. CT on 12/10/15 and ends at 11:59 p.m. CT on 04/10/16. Open to legal residents of the 50 United States, and the District of Columbia, 21 years or older. Void where prohibited. Sponsor: Meredith Corporation. Sweepstakes is offered by Meredith Corporation and may be promoted by any of Meredith's publications in various creative executions online and in print and at additional URLs at any time during the sweepstakes. ■

---

**United States District Court for the Western District of Texas**
**Legal Notice**

**Attention: Former Chase Customers, You May Be a Member of a Class Action Settlement Which Could Affect Your Rights.**

**What Is This Notice?** A Settlement Agreement has been reached with JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. (collectively "Chase") in a lawsuit alleging that Chase violated the Fair Credit Reporting Act ("FCRA") by accessing consumer credit reports to conduct "Account Review Inquiries" of Chase customers after their Chase account relationships had ended. Chase denies any liability or wrongdoing, but in order to avoid litigation costs and risk, has agreed to settle the class claim. You may be a member of the Settlement Class and entitled to payment under the Settlement. The lawsuit, *Duncan v. JPMorgan Chase Bank, N.A.* is pending in the United States District Court for the Western District of Texas. This is only a summary notice: You should visit the website www.chasefcrasettlement.com or use the contact information below to get detailed information in order to make a decision about your legal rights.

**Who Is Included?** You may be a Settlement Class Member if you were a borrower or guarantor on a Chase account or Chase-serviced account and Chase reviewed your credit report through an Account Review Inquiry during the period October 16, 2009 through October 16, 2014, at a time when the account met any one of the following criteria: (1) the account was closed with a zero balance; (2) the account had been sold or transferred to a third party; (3) the debt on the account had been discharged in bankruptcy; or (4) Chase had foreclosed the property securing the account loan; or (5) Chase had sold in a short sale or had transferred through a deed in lieu of foreclosure the property securing the account loan.

**What Does The Settlement Provide?** A settlement fund of $8,750,000.00 has been established to pay valid claims; attorneys' fees, costs, and expenses of up to 33.33% of the settlement fund; notice and settlement administration costs; and a service payment to the plaintiff of up to $10,000. If you are a Settlement Class Member, you are eligible to receive a pro-rata share of that settlement fund. The final cash payment amount will depend, among other facts, on the total number of valid and timely claims filed by all Class Members.

**Who Represents Me?** The Court has appointed attorneys to represent the Class. Those attorneys are the law firms of Riley & Riley, 320 Lexington Street, San Antonio Texas 78215, the Law Office of H. Anthony Hervol, 4414 Centerview Drive, San Antonio, Texas 78228, and Bingham and Lea, P.C., 319 Maverick St., San Antonio, TX 78212. Class Counsel will request from the Court an award for attorneys' fees and expenses of up to one-third of the settlement fund. You may hire your own attorney, but only at your own expense.

**What Are My Legal Rights?**

- If you are a Settlement Class Member, you may receive payment by submitting a Claim Form. Claim Forms may be submitted electronically or by mail by March 23, 2016. You may obtain a Claim Form by visiting www.chasefcrasettlement.com.

- If you are a Settlement Class Member, and want to exclude yourself from the Settlement and keep your right to sue or arbitrate against Chase, you must send a written request for exclusion with your name, address, and signature postmarked by March 23, 2016, to Chase FCRA Settlement Claims Administrator, P.O. Box 43389, Providence, RI 02940-9576.

- If you are a Settlement Class Member and you do not exclude yourself, you may object to the Settlement and/or the amount of expenses incurred in obtaining the Settlement, including attorneys' fees. If you object to the Settlement, you must sign your objection yourself and file it with the Court. If you file a timely objection, you may appear at the hearing the Court will hold to consider final approval of the Settlement, but you are not required to attend. You may also hire your own lawyer at your own cost to pursue your objection. Objections are due by March 23, 2016. If you object, please refer to the Settlement Agreement posted on the website www.chasefcrasettlement.com for more information on the exact requirements for objecting and for verifying your status as a Settlement Class Member. If your objection is rejected by the Court, you will be bound by the terms of the Settlement.

- If you are a Settlement Class Member and you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue Chase or to pursue arbitration against Chase for any claim relating to Account Review Inquiries.

**When Will The Court Consider The Proposed Settlement?** The Court will determine whether to finally approve the Settlement at a Fairness Hearing scheduled to take place on April 27, 2016 at 9:30 a.m. at the John H. Wood, Jr. U.S. Courthouse Building, 655 E. Cesar E. Chavez Blvd., Courtroom A San Antonio, Texas 78206. The Court will consider any timely filed objections at that time. If the hearing is relocated or rescheduled, the new location or date will be posted on the settlement website.

**FOR MORE INFORMATION PLEASE VISIT THE SETTLEMENT WEBSITE**
**at** www.chasefcrasettlement.com
**OR CALL (888) 736-2826**

# Exhibit D

Case 5:14-cv-00912-FB   Document 57-5   Filed 04/13/16   Page 14 of 19

# second look

PROMOTION

## See if you can find the differences in these two pictures

**JIMMY SLEIGHS IT!** Jimmy Fallon challenged **Chris Hemsworth** to a sleigh-scooter race on *The Tonight Show Starring Jimmy Fallon,* Dec. 10. The late-night host, 41, and the *In the Heart of the Sea* actor, 32, battled it out while wearing "very special Santa helmets, because any opportunity to make a Hemsworth brother look less attractive we will take," said Fallon. After Hemsworth took a wrong turn, Fallon brought home the win.







**10 CHANGES KEEP SCORE**

1. Fallon's Santa helmet now points to the left. 2. The back of Fallon's sled is higher. 3. The ball at the end of Hemsworth's Santa helmet is larger. 4. The moon in the backdrop has shifted left. 5. In the backdrop, the tree to the left of the really snowy tree is taller. 6. A reindeer on the front of Fallon's sled now has a green nose. 7. A reindeer on the front of Fallon's sled is now wearing a longer scarf. 8. A sleeve of Fallon's suit jacket is longer. 9. The front left wheel of the rolling table no longer has a reflection. 10. There are more berries on the wreath.

DOUGLAS GORENSTEIN/NBC/GETTY IMAGES(2)

94  December 28, 2015 PEOPLE

PLAY MORE FUN GAMES AT **People.com**



# Don't Miss the Next ESSENCE BEAUTYBOX!

QUANTITIES ARE LIMITED. RESERVE YOUR **ESSENCE BEAUTYBOX** TODAY!

Products may vary

From hair and nail care to makeup and fragrance— each month brings you the best in beauty.

Curated by the beauty experts at ESSENCE® Magazine

Prestige favorites and independent brands we love

Delivered to your door monthly

## VISIT ESSENCEBEAUTYBOX.COM TO JOIN NOW

f @essencebeautybox    @essencebeautybox    @essencebox

#EssenceBeauty

© 2015 Time Inc. ESSENCE is a registered trademark and ESSENCE BeautyBox is a trademark of Essence Communications Inc., in the U.S. and other countries.

**United States District Court for the Western District of Texas**
**Legal Notice**

**Attention: Former Chase Customers, You May Be a Member of a Class Action Settlement Which Could Affect Your Rights.**

**What Is This Notice?** A Settlement Agreement has been reached with JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. (collectively "Chase") in a lawsuit alleging that Chase violated the Fair Credit Reporting Act ("FCRA") by accessing consumer credit reports to conduct "Account Review Inquiries" of Chase customers after their Chase account relationships had ended. Chase denies any liability or wrongdoing, but in order to avoid litigation costs and risk, has agreed to settle the class claim. You may be a member of the Settlement Class and entitled to payment under that Settlement. The lawsuit, *Duncan v. JPMorgan Chase Bank, N.A.* is pending in the United States District Court for the Western District of Texas. This is only a summary notice. You should visit the website www.chasefcrasettlement.com or use the contact information below to get detailed information in order to make a decision about your legal rights.

**Who Is Included?** You may be a Settlement Class Member if you were a borrower or guarantor on a Chase account or Chase-serviced account and Chase reviewed your credit report through an Account Review Inquiry during the period October 16, 2009 through October 16, 2014, at a time when the account met any one of the following criteria: (1) the account was closed with a zero balance; (2) the account had been sold or transferred to a third party; (3) the debt on the account had been discharged in bankruptcy; (4) Chase had foreclosed the property securing the account loan; or (5) Chase had sold in a short sale or had transferred through a deed in lieu of foreclosure the property securing the account loan.

**What Does The Settlement Provide?** A settlement fund of $8,750,000.00 has been established to pay valid claims; attorneys' fees, costs, and expenses of up to 33.33% of the settlement fund; notice and settlement administration costs; and a service payment to the plaintiff of up to $10,000. If you are a Settlement Class Member, you are eligible to receive a pro-rata share of that settlement fund. The final cash payment amount will depend, among other facts, on the total number of valid and timely claims filed by all Class Members.

**Who Represents Me?** The Court has appointed attorneys to represent the Class. Those attorneys are the law firms of Riley & Riley, 320 Lexington Street, San Antonio Texas 78215, the Law Office of H. Anthony Hervol, 4414 Centerview Drive, San Antonio, Texas 78228, and Bingham and Lea, P.C., 319 Maverick St., San Antonio, TX 78212. Class Counsel will request from the Court an award for attorneys' fees and expenses of up to one-third of the settlement fund. You may hire your own attorney, but only at your own expense.

**What Are My Legal Rights?**
- If you are a Settlement Class Member, you may receive payment by submitting a Claim Form. Claim Forms may be submitted electronically or by mail by March 23, 2016. You may obtain a Claim Form by visiting www.chasefcrasettlement.com.
- If you are a Settlement Class Member, and want to exclude yourself from the Settlement and keep your right to sue or arbitrate against Chase, you must send a written request for exclusion with your name, address, and signature postmarked by March 23, 2016, to Chase FCRA Settlement Claims Administrator, P.O. Box 43389, Providence, RI 02940-9576.
- If you are a Settlement Class Member and you do not exclude yourself, you may object to the Settlement and/or the amount of expenses incurred in obtaining the Settlement, including attorneys' fees. If you object to the Settlement, you must sign your objection yourself and file it with the Court. If you file a timely objection, you may appear at the hearing the Court will hold to consider final approval of the Settlement, but you are not required to attend. You may also hire your own lawyer at your own cost to pursue your objection. **Objections are due by March 23, 2016. If you object, please refer to the Settlement Agreement posted on the website www.chasefcrasettlement.com for more information on the exact requirements for objecting and for verifying your status as a Settlement Class Member. If your objection is rejected by the Court, you will be bound by the terms of the Settlement.**
- If you are a Settlement Class Member and you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue Chase or to pursue arbitration against Chase for any claim relating to Account Review Inquiries.

**When Will The Court Consider The Proposed Settlement?** The Court will determine whether to finally approve the Settlement at a Fairness Hearing scheduled to take place on April 27, 2016 at 9:30 a.m. at the John H. Wood, Jr. U.S. Courthouse Building, 655 E. Cesar E. Chavez Blvd., Courtroom A San Antonio, Texas 78206. The Court will consider any timely filed objections at that time. If the hearing is relocated or rescheduled, the new location or date will be posted on the Settlement Website.

**FOR MORE INFORMATION PLEASE VISIT THE SETTLEMENT WEBSITE at www.chasefcrasettlement.com OR CALL (888) 736-2826**

# Exhibit E

| ClaimID | Last Name | First Name |
|---|---|---|
| 10004430001 | ABNEY | JOEY M |
| 10023114701 | ALBARADO | MONA A |
| 10025547401 | ALBU | DANIEL N |
| 10375829001 | AMOS | CONSTANCE |
| 10068599701 | ANGELINA | FOMIN |
| 10079197901 | ANTONIO | ALBORNOZ |
| 10090024001 | ARMSTRONG | VIVIAN M |
| 10091533401 | ARNOLDO | ARGUELLO |
| 10098708401 | ATCHISON | JUDY |
| 11262694401 | BARATI | MASSOUMEH |
| 10148397101 | BELACK | LINDA J |
| 10149874301 | BELL | GREGORY W |
| 10153148501 | BEN-DROR | LISA |
| 10168247501 | BEVERE JR | JOHN P |
| 10760560001 | BLOCK | H PAUL |
| 10235693201 | BROWN | VAN R |
| 90000029601 | BRYAN | PEGGY |
| 10241659001 | BRYANT | JENNIFER L |
| 10263644801 | CALABRESE | ROBERT E |
| 10301458501 | CASTILLO | ROXANA |
| 10307318801 | CECELIA | SENN |
| 10311933401 | CHAD | WHITE |
| 10329267601 | CHICHESTER | NEOMA A |
| 10333823801 | CHRIS | THOMPSON |
| 10350641001 | CLARK | MICHAEL J |
| 10358225301 | CLIVENS | GOLDMAN |
| 10369166201 | COLLINS | VERONICA R |
| 10381953801 | COPE | BONNIE LEE |
| 10384943901 | CORLEY II | THOMAS F |
| 10389382901 | COSTELLO | SANDRA J |
| 10395333401 | CRAFT | JOSHUA R |
| 10397007101 | CRAIN JR | GEORGE C |
| 10404244801 | CROW | BERNICE M |
| 10407982401 | CUBBERLY | ANTOINETTE M |
| 10407984801 | CUBBERLY III | HOWARD G |
| 10409931801 | CUMMINS | CONSTANCE |
| 10431435701 | DAPHNE | MARTIN |
| 10473469301 | DEMPSKI | LINDA L |
| 10492689201 | DIETZ | TERRI A |
| 10515950501 | DOUGLAS | SNYDER |
| 10547134301 | EGLICK | PETER J |
| 10558747301 | ELLIS | BARBARA A |
| 10565933201 | ENES | CAROLYN J |
| 10565935601 | ENES | GREGORY J |
| 10575590401 | ERNST | JOHN R |
| 10582609101 | ESTATE OF HOWARD W CROW | |
| 10600822501 | FAMIGHETTE | JOSEPH G |
| 10154135101 | GARCIA | BENITO |

| | | |
|---|---|---|
| 10677058501 | GARRISON | SHIRLEY R |
| 10708964601 | GLENN JR | JOHN F |
| 11233961001 | GLEWEN | MARISSA RUTH |
| 10733285101 | GRAY | CHARLOTTE J |
| 10736511001 | GREEN | ROBERTA M |
| 10744054401 | GRIFFIN | LESLIE R |
| 10748687801 | GROVER | FRANK MATTHEW |
| 10773337701 | HAMPTON | REEDA D |
| 11767910001 | HANISCH | SHAWNA |
| 10778121901 | HANSON | ANITA RAE |
| 10790365901 | HARTLEY | DAWN M |
| 10800427201 | HEAD | JAMES CODY |
| 10805259001 | HEFLIN | BRIAN S |
| 10806884501 | HEINS | ELAINE M |
| 10806892401 | HEINS | MATTHEW A |
| 10807436501 | HELBIG | MICHAEL H |
| 10811134901 | HENDERSON | RICKY A |
| 10828554601 | HILDA | ASTERN |
| 10865098401 | HULLINGER | SCOTT |
| 10928337501 | JENNIFER | BROWN |
| 10937726601 | JESSEY | NICOLE A |
| 10942388401 | JILL | THOMPSON |
| 10956272001 | JOHN | STEVERSON |
| 10961473201 | JOHNSON | FLOYD A |
| 10963877301 | JOHNSON | LORNELL M |
| 10970559201 | JONATHAN | ELLIS |
| 11004005301 | JUNG | KAREN |
| 11028136601 | KEITH | PATRICIA A |
| 11031343401 | KELLY | CAROLYN P |
| 11036403001 | KENNEDY | MELVENE L |
| 10452233101 | KESLER | DAWN |
| 11658373301 | KESLER | ROGER |
| 10994224301 | KLECKNER | JOYCE FAIRY |
| 11086394001 | KUSION | PIOTR |
| 12078993001 | KUSION | WIOLETTA |
| 11102824301 | LARIVIERE | ADRIAN L |
| 11103065101 | LARMOUR | DAVID W |
| 11112588101 | LAVERNE | EDGAR |
| 11112693901 | LAVERY | MICHELLE R |
| 11154552301 | LISA | DOUGHERTY |
| 11160677901 | LLOYD | ROBERT A |
| 11166292801 | LONGMIRE SR | ROYCE E |
| 10554943501 | LOTT | ELIZABETH |
| 11235654001 | MARK | FURMAN |
| 11239043201 | MARKS | JOSEPHINE M |
| 11245489601 | MARTHA | VELEZ |
| 11253185401 | MARTINEZ | PEDRO A |
| 11289172001 | MCGEADY | MARIANNE |
| 11295423601 | MCKOWN | YVONNE M |

| | | |
|---|---|---|
| 11297805801 | MCMILLIAN | SHERRELL A |
| 11298373001 | MCNAIR'BEY | LUECRETIA D |
| 11309334201 | MELISSA | LASKOWSKY |
| 12114337501 | METCALF | ZELNA |
| 11364163101 | MONICA | NEILSON |
| 11380575501 | MORRIS | RUSSELL A |
| 11402224001 | NAKAMURA | ELLEN K |
| 11458481301 | ONORATO | GREGORY W |
| 11497239401 | PATTRIN | FAITH B |
| 11521381801 | PETERKIN | CRAIG L |
| 11522314901 | PETERSEN | JOAN M |
| 11787727001 | PODOLSKY | SIMCHA |
| 11558260501 | PROBST | TERESA J |
| 10881202901 | QUAYE | IRENE |
| 11584223801 | RASCHE | WILLIAM |
| 11589726401 | RAYMOND | THOMAS R |
| 11596126401 | REED | VALERIE P |
| 11603698901 | RENEE | FOLTZ |
| 11610855101 | RHONDA | ABNEY |
| 90000013201 | RICE | JASON CURTIS |
| 90000014401 | RICE | TRACY LYNN |
| 11614273001 | RICHARD | ADAMS |
| 11667543301 | RONEY | MICHAEL D |
| 11696087501 | RYMEL | JASON D |
| 11715964501 | SANDS | NICHOLAS J |
| 11727191301 | SCALISE | ANTHONY J |
| 11742680501 | SCOTT | HEATHER M |
| 90000033801 | SCOTT | RUEL |
| 11747059401 | SEAN | BATTLES C |
| 11747914701 | SEARCY | MINNIE G |
| 11753044001 | SENN | ANDREW B |
| 11765008001 | SHARP | PEGGY C |
| 11775812701 | SHERYL | HADLEY |
| 11782077501 | SHULMAN | MINDY MAY |
| 11783745301 | SIDORSKY | RONALD M |
| 11811151601 | SMITH | WARREN L |
| 11811377001 | SMITH | WILMA J |
| 11813598301 | SNEAD | MYRNA M |
| 11816782001 | SOHRABI | RAY M |
| 11818953001 | SOMMER | BILLIE C |
| 11830208501 | SPRATT | JAMES |
| 11835450401 | STAMPS | ELIZABETH L |
| 11835453001 | STAMPS | JAMES A |
| 11838869101 | STARR | HOWARD E |
| 11841250401 | STEFANIE | NAIFEH |
| 11845951001 | STEPHEN | KOLHAGEN |
| 11846441301 | STEPHEN | SCAGLINE |
| 11860908701 | STOUT | MARTHA L |
| 11862252301 | STRATTON | DAWN G |

| | | |
|---|---|---|
| 11425838701 | SULLIVAN | NICHOLE |
| 11879006701 | SWAIN | MARY L |
| 11883947001 | SYRJALA | HEATHER L |
| 11886800701 | TAKAHASHI | SHARON L |
| 11892713901 | TARANEH | VESSAL |
| 11921149001 | THOMPSON | JOHN B |
| 10209899201 | TILBY | BRANDON |
| 11930981601 | TINA | CHAVES |
| 11936772501 | TOMA | ANCUTA |
| 11938619701 | TONEY | JOHN M |
| 11971940001 | TONEY | VALERIE |
| 11939993301 | TONYA | NEUMAN |
| 11983344001 | VEGA | VALERIE A |
| 11983542301 | VEITCH | GRACE G |
| 12001731301 | VO | MONG V |
| 12009695001 | WALKER | CLINTON R |
| 12023509201 | WASIK | STEVEN P |
| 10279756001 | WATSON | CARLETON SAMUEL |
| 12027704901 | WAYNE | GUYER |
| 60013804501 | WEDGEWORTH IV | JOHN BERTUS |
| 12035117101 | WELCH | PAUL |
| 12054817301 | WILHELMI | JODI L |
| 12066941901 | WILLIAMS | STEPHEN L |
| 12085216001 | WOOD | KRISTA |
| 12100374701 | YERKEY | JANIS K |
| 10802779001 | YORTY-GOSNICK | HEATHERLEE |
| 12106108501 | YOUNG | SHIRLEY M |
| 12116750101 | ZIMMERMAN | BRANDON C |
| 12118312901 | ZOLLENHOFFER JR | WILLIAM B |