IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:14-cv-00912 |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**APPENDIX 1 TO PLAINTIFF'S RESPONSE TO ATTORNEY OBJECTIONS**

**TO THE HONORABLE MAGISTRATE JUDGE JOHN W. PRIMOMO:**

Now comes Eva Marisol Duncan, Plaintiff herein, on behalf of herself and all others similarly situated, who files this Appendix 1 in Support of her Response to Attorney Objections (Doc. 30 and 36), and attaches the following documents as Exhibits in support:

Appendix 1:

Exhibit A – Study of Class Action Objector Appeals in the Second, Seventh, and Ninth Circuit Courts of Appeals, Federal Judicial Center, October 2013.

Exhibit B – *Dennings v. Clearwire* Docket

Dated this 20th day of April, 2016.

Respectfully submitted,

RILEY & RILEY
Attorneys At Law
320 Lexington Avenue
San Antonio, Texas 78215
(210) 225-7236 Telephone
(210) 227-7907 Facsimile
charlesriley@rileylawfirm.com

        LAW OFFICE OF H. ANTHONY HERVOL
        4414 Centerview Dr., Ste. 200
        San Antonio, Texas 78228
        (210) 522-9500 Telephone
        (210) 522-0205 Facsimile
        hervol@sbcglobal.net

        BINGHAM & LEA, P.C.
        319 Maverick Street
        San Antonio, Texas 78212
        (210) 224-1819 Telephone
        (210) 224-0141 Facsimile
        ben@binghamandlea.com


By:   /s/ H. Anthony Hervol
       H. ANTHONY HERVOL
       State Bar No. 00784264
       CHARLES RILEY
       State Bar No. 24039138
       BENJAMIN R. BINGHAM
       State Bar No. 02322350

**ATTORNEYS FOR PLAINTIFF**


# CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves e-mail notification of such filing to the following counsel of record on this 20th day of April, 2016, and a true and correct copy of the above and forgoing has therefore been served on the following counsel of record for the Defendant at the e-mail addresses listed hereunder:

Noah A. Levine
Alan E. Schoenfeld
Fiona Kaye
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, New York 10007
noah.levine@wilmerhale.com
alan.schoenfeld@wilmerhale.com
fiona.kaye@wilmerhale.com

_____
APPENDIX 1
-2-

Wm. Lance Lewis
Kenneth A. Hill
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com
kenhill@qslwm.com

In addition, the undersigned hereby certifies that the foregoing will be served upon the objecting parties/amicus curiae named herein below via the methods indicated hereunder, on April 21, 2016:

Thomas L. Cox, Jr.
7129 Tabor Dr.
Dallas, TX 75231-5647
tcox009@yahoo.com
Via electronic mail and U.S. mail

Marilyn Paul
Individually and c/o R. Holstein
130 N. Garland Court
Chicago, IL  60602
holsteinlaw@sbcglobal.net
Via electronic mail and U.S. mail

T. Johnson
120 W. Madison St., Suite 600
Chicago, IL  60602
tjohnson@johnsonchicago.com
Attorney for Marilyn Paul
Via electronic mail and U.S. mail

Christopher T. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471
Attorney for Amirali Jabrani
Via electronic mail and U.S. mail

Mary B. Rodriguez a/k/a Mary Ann Bloom
9621 Graham St., # 79
Cypress, CA 90630
Via U.S. mail

Monica Lewis
P.O. Box 2582
Bridgeview, IL 60455
Via U.S. mail

J.C. Haigh
Darla Haigh
5407 Raintree Dr.
Missouri City, TX 77459-6215
Via U.S. Mail

Clivens Goldman
3277 Lago De Talavern
Lake Worth, FL 33467
Via U.S. Mail

Barbara Ellis
8293 South Huron River Dr.
South Rockwood, MI 48179
Amicus Curiae
Via U.S. Mail

          */s/ H. Anthony Hervol*
          H. Anthony Hervol
          Co-Class Counsel

-4-