IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EVA MARISOL DUNCAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:14-cv-00912-FB-JWP |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO *PRO-SE* FILINGS**
**(Doc. 74, 76)**

**TO THE HONORABLE MAGISTRATE JUDGE JOHN W. PRIMOMO:**

Now comes Eva Marisol Duncan (hereinafter referred to as "Plaintiff"), on behalf of herself and others similarly situated, by and through her attorneys, and makes this response to the *pro-se* filing docketed as an Objection at Doc. 74 and the *pro-se* filing docketed as a Letter/Correspondence at Doc. 76 as follows:

1. Mr. Steve Harris sent a letter to the Court, docketed as an Objection at Doc. 74. Mr. Harris gave "formal notice of my intent and request to be included in the Class Action lawsuit…". He also indicated that he was "aware that an application to join this Class Action lawsuit was due by March 23, 2016, however this matter was brought to my attention on April 23, 2016." He proceeded to ask that he "be added to the Class Action lawsuit".

2. In fact, the Settlement Administrator confirms that Mr. Harris and his wife were both provided with the postcard notice sent in December, 2015 and each electronically filed valid claims online on January 5, 2016. Therefore, if and when settlement benefits are distributed, Mr. and Mrs. Harris will receive their *pro rata* share of the settlement fund.

3. Mr. Bingham has left a detailed voicemail at the phone number on Mr. Harris'

1

letter.

4.     Mr. Ronald W. Hubener sent a letter to the Court, docketed as #76. Mr. Hubener appears to be requesting that the Court make an investigation of matter unrelated to the narrow scope of this case. He does not appear to be objecting to the adequacy or fairness of the proposed settlement, except that in his opinion, the scope of the case is not broad enough to encompass other alleged wrongs. His letter should be classified as a general comment, not an objection or opt-out request.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court overrule the "objection" filed at Doc. 74 and not classify the letter at Doc. 76 as either an objection or an opt-out request. Plaintiff requests general relief.

    Respectfully submitted,

    RILEY & RILEY
    Attorneys at Law
    320 Lexington Avenue
    San Antonio, Texas 78215
    (210) 225-7236 Telephone
    (210) 227-7907 Facsimile
    charlesriley@rileylawfirm.com

    By:   /s/ Charles Riley
        CHARLES RILEY
        State Bar No. 24039138

    LAW OFFICE OF H. ANTHONY HERVOL
    4414 Centerview Dr., Ste. 200
    San Antonio, Texas 78228
    (210) 522-9500 Telephone
    (210) 522-0205 Facsimile
    hervol@sbcglobal.net

    By:   /s/ H. Anthony Hervol
        H. ANTHONY HERVOL
        State Bar No. 00784264

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile
ben@binghamandlea.com

By: /s/Benjamin R. Bingham
    BENJAMIN R. BINGHAM
    State Bar No. 02322350

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves e-mail notification of such filing to the following counsel of record on this 4th day of May, 2016, and a true and correct copy of the above and forgoing has therefore been served by the Court's electronic noticing system on the following counsel of record for the Defendant at the e-mail addresses listed hereunder:

Noah A. Levine
Alan E. Schoenfeld
Fiona Kaye
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich St.
New York, New York 10007
noah.levine@wilmerhale.com
alan.schoenfeld@wilmerhale.com
fiona.kaye@wilmerhale.com

Wm. Lance Lewis
Kenneth A. Hill
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com
kenhill@qslwm.com

In addition, the undersigned hereby certifies that the foregoing was served upon the objecting parties/amicus curiae named herein below via the methods indicated hereunder, on May 4, 2016:

Objector
Thomas L. Cox, Jr.
7129 Tabor Dr.
Dallas, TX 75231-5647
tcox009@yahoo.com
Via electronic mail and U.S. mail

Objector Counsel for Amirali Jabrani
Christopher T. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78471
cbandas@bandaslawfirm.com
Via electronic mail and U.S. mail

Ronald W. Hubener
P.O. Box 4202
Ontario, California 91761

Steve Harris
23501 Ladrillo Street
Woodland Hills, California 91367

    */s/ Benjamin R. Bingham*
    Benjamin R. Bingham
    Co-Class Counsel