IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EVA MARISOL DUNCAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. SA-14-CA-912-FB |
| § | |
| JPMORGAN CHASE BANK, N.A., § | |
| § | |
| Defendant. § | |

## AMENDED JUDGMENT

The Court considered the Judgment to be entered in the above styled and numbered cause. Pursuant to the Amended Order Accepting in Part the Memorandum and Recommendation of the United States Magistrate Judge of even date herewith;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Memorandum and Recommendation of the United States Magistrate Judge (docket no. 85) is ACCEPTED IN PART pursuant to 28 U.S.C. § 636(b)(1) such that this Court: (1) GRANTS Final Approval of the Settlement, excluding from the binding effect of the Judgment all persons who have timely and validly excluded themselves from the Settlement; (2) CERTIFIES for settlement purposes the Settlement Class pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(e); (3) APPROVES the requested Service Award for the Class Representative in the amount of $10,000.00; (4) GRANTS In PART the objections to the attorneys' fees and OVERRULES all other objections; (5) AWARDS Class Counsel attorneys' fees and expenses in the sum of $1,749,900.00, taking into consideration the Memorandum and Recommendation; and (6) ORDERS that the cy pres distributions authorized in the Memorandum and Recommendation be PAID DIRECTLY from the settlement fund in accordance with the terms of the Settlement Agreement filed under Docket No. 28-1, with the distribution of such funds as follows: one-

half to the National Consumer Law Center and one-half to the National Foundation for Credit Counseling.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is DISMISSED WITH PREJUDICE. Motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 20th day of June, 2016.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE