**FILED**

JUL 12 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

EVA MARISOL DUNCAN

       Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

       Defendant.

Case No. 5:14-cv-00912-FB-JWP

---

## NOTICE OF APPEAL

---

Notice is hereby given that Class Member/Objector Amirali Jabrani appeals to the United States Court of Appeals for the Fifth Circuit from the Amended Judgment (Doc. No. 94) entered in this action on June 20, 2016 and all orders and opinions that merge therein, from the Amended Order Accepting in Part Memorandum and Recommendation of the United States Magistrate Judgment entered in this action on June 20, 2016 (Doc. No. 93) and all orders and opinions that merge therein.

The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal. This notice of appeal was prepared with the assistance of Christopher Bandas, of Bandas Law Firm, PC, Corpus Christi, Texas.

DATED: July 11, 2016

Respectfully submitted,

*[signature] 7/11/16*

Amirali Jabrani (*Pro Se*)
2038 Moondance Court
O'Fallon, Missouri 63368
(314) 706-1624

## Certificate of Service

The undersigned certifies that on July 11, 2016, he caused the foregoing Notice of Appeal to be filed with the court via FedEx Priority Overnight Delivery. The undersigned further certifies that he caused to be served via USPS First Class Mail, postage prepaid, a copy of this Notice of Appeal upon the following:

Benjamin R. Bingham
Royal B. Lea, III
BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212

Noah A. Levine, Esq.
WILMER CUTLER
PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007

DATED: July 11, 2016

Amirali Jabrani

MH (ABRAMS)
2038 Moondance ct
O'fallon MO 63368.

U.S. District Court for Western District
San Antonio Division
655 East Cesar Chavez Blvd,
Room # G-65
San Antonio TEXAS 78206

w-2

RECEIVED
JUL 13 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK
FOR CPE