

FILED
JUL 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| EVA MARISOL DUNCAN,<br><br>   PLAINTIFF,<br><br>V.<br><br>JP MORGAN CHASE BANK, N.A.<br><br>   DEFENDANT | CIVIL ACTION NO. 14-CV-00912-FB<br><br>CLASS ACTION |

### NOTICE OF APPEAL
### TO THE U. S. COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Objector, Thomas L. Cox Jr., hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Amended Order Accepting in Part Memorandum and Recommendation of the United States Magistrate Judge entered in this action on June 20, 2016, dkt 93 and Order Withdrawing Order and Judgment of June 17, 2016, dkt 92. Copies of the Orders are attached hereto.

Respectfully submitted,

Thomas L. Cox Jr.
S.B. 04964400
7129 Tabor Dr.
Dallas, TX  75231-5647
469-531-3313
tcox009@yahoo.com

## CERTIFICATE OF SERVICE

I, Thomas L. Cox Jr. hereby certify that on the 15th day of July 2016, a true and correct copy of the Notice of Appeal was served on all counsel of record by United States mail and email.

U.S. District Clerk's Office
655 E. Cesar E. Chavez Blvd.
Room G65
San Antonio, TX 78206


Riley & Riley
320 Lexington
San Antonio, Texas 78215

Law Office of H. Anthony Hervol
4414 Centerview Dr. #200
San Antonio, TT 78228

Ben Bingham
Bingham & Lea PC
319 Maverick St.
San Antonio, TX 78212

Noah A. Levine Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St
New York NY 10007

Wm. Lance Lewis
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Thomas L. Cox Jr.