IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| EVA MARISOL DUNCAN,<br><br>PLAINTIFF,<br><br>V.<br><br>JP MORGAN CHASE BANK, N.A.<br><br>DEFENDANT | CIVIL ACTION NO. 14-CV-00912-FB<br><br>CLASS ACTION |

**AMENDED NOTICE OF APPEAL**
**TO THE U. S. COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Notice is hereby given that Objector, Thomas L. Cox Jr., hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Amended Order Accepting in Part Memorandum and Recommendation of the United States Magistrate Judge entered in this action on June 20, 2016, dkt 93, Order Withdrawing Order and Judgment of June 17, 2016, dkt 92 and otion For Attorney Fees dated June 27, 2016, dkt 95 overruled as a matter of law.

                                                 Respectfully submitted,

                                                 Thomas L. Cox Jr.
                                                 S.B. 04964400
                                                 7129 Tabor Dr.
                                                 Dallas, TX  75231-5647
                                                 469-531-3313
                                                   tcox009@yahoo.com

## CERTIFICATE OF SERVICE

I, Thomas L. Cox Jr. hereby certify that on the 29th day of July 2016, a true and correct copy of the Notice of Appeal was served on all counsel of record by United States mail and email.

U.S. District Clerk's Office
655 E. Cesar E. Chavez Blvd.
Room G65
San Antonio, TX 78206


Riley & Riley
320 Lexington
San Antonio, Texas 78215

Law Office of H. Anthony Hervol
4414 Centerview Dr. #200
San Antonio, TT 78228

Ben Bingham
Bingham & Lea PC
319 Maverick St.
San Antonio, TX 78212

Noah A. Levine Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich St
New York NY 10007

Wm. Lance Lewis
QUILLING, SELANDER, LOWNDS
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
llewis@qslwm.com

                                                                                             Thomas L. Cox Jr.

7129 Tabor Dr.
Dallas, TX 75231-5647

cv-?

U.S. District Clerk's Office
655 E. Cesar E. Chavez Blvd.
Room G65
San Antonio, TX 78206

JUL 01 2016
RECEIVED

AUG 01 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES POSTAGE
$000.465
PITNEY BOWES
02 1P
0000646620   JUL 29 2016
MAILED FROM ZIP CODE 75204