IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FILED
NOV 11 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

No. 16-50887

EVA MARISOL DUNCAN,

  Plaintiff - Appellee

v.

JP MORGAN CHASE BANK, N.A.,

  Defendant - Appellee

v.

AMIRALI JABRANI,

  Appellant

Certified as a true copy and issued
as the mandate on Nov 11, 2016

Attest:
Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Western District of Texas, San Antonio
5:14-CV-912-FB

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of November 11, 2016, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Melissa Mattingly
_____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT